DANIEL G. BOGDEN
United States Attorney
District of Nevada
ALEXANDRA MICHAEL
CRISTINA SILVA
Assistant United States Attorneys
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,              )   2:15-cr-00216-RCJ-VCF
                                       )
         Plaintiff,                    )   CRIMINAL INFORMATION
                                       )
    vs.                                )   VIOLATION: *Evasion of Assessment,* Title 26
                                       )   U.S.C. § 7201
CHRISTIAN TAKAMURA,                    )
                                       )
         Defendant.                    )
                                       )

**THE UNITED STATES ATTORNEY CHARGES THAT:**

**COUNT ONE**
(Evasion of Assessment)

On or about April 15, 2014, in the District of Nevada,

**CHRISTIAN TAKAMURA,**

did willfully attempt to evade and defeat the income tax due and owing by him to the United States of America for the calendar year 2013, by committing affirmative acts of evasion including filing and causing to be filed with the Internal Revenue Service a false and fraudulent U.S. Individual Income Tax Return, Form 1040, all in violation of Title 26, United States Code, Section 7201.

DATED: this 22nd day of July, 2015.

*I*

1
2  DANIEL G. BOGDEN
   United States Attorney
3
4
   ALEXANDRA MICHAEL
5  CRISTINA SILVA
   Assistant United States Attorneys
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24